Case 2:09-cv-01148-MJP Document 1-2 Filed 08/12/2009 Page 1 of 6



FILED LODGED
RECEIVED

AUG 12 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

IFP APP/ No Iss.

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EUGENE DAVIS,<br><br>Plaintiff<br><br>vs.<br><br>CITY OF SEATTLE, SEATTLE PUBLIC LIBRARY, SECURITY OFFICER JOHN DOE, OFFICER MARTELLI, and OFFICER D.M. JONES,<br><br>Defendants | No. C09 1148 MJP<br><br>COMPLAINT<br><br><br><br>09-CV-01148-CMP |

**COME NOW** the plaintiff, **EUGENE DAVIS**, by and through his attorney John Scannell, and seeking damages against the above named defendants: **CITY OF SEATTLE, SEATTLE PUBLIC LIBRARY, SECURITY OFFICER JOHN DOE, OFFICER MARTELLI** and **OFFICER D.M. JONES,**

The civil claims include offenses committed under color of law resulting in a deprivation of rights secured by the Constitution and laws of the United States of America.

### I. PARTIES, JURISDICTION, VENUE

This action is brought under 42 U.S.C. §1983 (Civil Rights Act of 1871) relating to the plaintiff's exercise of his rights under the Constitution of the United States.

1. The plaintiff is a resident of King County, Washington.

**COMPLAINT - PAGE 1**
Software © 1996 by "Zamboni" John Scannell

ORIGINAL

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685

2. The defendant City of Seattle is a Municipal Corporation doing business in King County Washington. The Seattle Public Library is a Department of the City of Seattle.

3. Officer John Doe is an employee of the Seattle Public Library. Officer Martelli and Officer D.M. Jones are employees of the City of Seattle.

4. The acts complained of occurred in King County, Washington.

5. At all times relevant hereto each of the defendants was acting as an agent of each of the other defendants.

6. Jurisdiction is conferred on the court by virtue of 29 U.S.C §1331, §1334, §1343. Venue in this district is appropriate pursuant to Title 28, United States Code, §1391, because the pertinent events took place in this district.

## II. FACTS

7. The plaintiff is a citizen of the United States of America and is of Afro-American descent.

8. On or about January 16th, 2008, the plaintiff was in the Seattle Public Library quietly reading some books when Defendant John Doe, without provocation, flagged down Officer Martelli for the purpose of removing the plaintiff from the library. Officer Doe wanted to have the defendant removed because plaintiff was critical defendant's treatment of library patrons such as himself in the past.

9. When defendant Martelli and defendant D.J. Jones arrived on the scene they spoke to the defendant, first in the lobby and then in the parking lot. At both places the plaintiff criticized the police officers for their treatments of patrons by evicting them from the premises without an adequate investigation. He particularly protested over the treatment of himself as an Afro-American. Defendants Martelli and Jones then ejected the plaintiff from the library, not because he was creating a disturbance but because he was protesting the unfair treatment of library patrons like himself, by the officers.

**COMPLAINT - PAGE 2**
Software © 1996 by "Zamboni" John Scannell

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685

10. The defendants then issued an exclusion order to retaliate against the plaintiff for his protesting of the wrongful actions of the defendants.

### III. FIRST CAUSE OF ACTION: VIOLATION OF THE FIRST AMENDMENT RIGHT TO FREE SPEECH AS APPLIED TO THE STATES THROUGH THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

11. Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 10.

12. The acts and omissions of the defendants herein were done under color of state law, custom or usage.

13. Plaintiff Euguene Davis, had a federally-protected right, under the freedom of speech and assembly provisions of the United States Constitution, as applied to the states through the Fourteenth Amendment to the United States Constitution, to indicate through his words and/or non-violent actions that the defendants were unfair in their treatment of both himself and other citizens.

14. The acts and omissions of defendants herein proximately caused the deprivation of the First Amendment rights of plaintiff Eugene Davis, as applied to the states through the Fourteenth Amendment to the United States Constitution

### SECOND CAUSE OF ACTION: VIOLATION OF THE FOURTH AMENDMENT PROHIBITION AGAINST UNREASONABLE SEIZURES

15. Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1 through 14

16. Plaintiff Eugene Davis was seized for the purposes of the Fourth Amendment to the United States Constitution as applied to the states through the Fourteenth Amendment to the United States Constitution, by the acts and omissions of the defendants.

**COMPLAINT - PAGE 3**
Software © 1996 by "Zamboni" John Scannell

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685

17. Plaintiff Eugene Davis, has rights, protected under the Fourth Amendment of the United States Constitution as applied to the states through the Fourteenth Amendment to the United States Constitution, not to be subjected to an unreasonable seizure.

18. The acts and omissions of the defendants herein proximately caused the deprivation of the Fourth and Fourteenth Amendment rights of plaintiff Eugene Davis

19. As a proximate result of the acts and omissions of the defendants and deprivation of plaintiff's Fourth and Fourteenth Amendment rights, plaintiff has suffered personal injuries as set forth hereinabove.

### THIRD CAUSE OF ACTION: VIOLATION OF THE FOURTEENTH AMENDMENT DUE PROCESS CLAUSE

20. Plaintiff hereby incorporates and realleges each and every allegation of paragraphs 1 through 19, as if fully set forth herein.

21. Plaintiff Eugene Davis has a right, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, to remain in a public place of his choice.

22. The acts and actions of the defendants herein proximately caused the deprivation of plaintiff's Fourteenth Amendment rights.

23. As a proximate result of the acts and omissions of the defendants and deprivation of plaintiffs' Fourteenth Amendment rights, the plaintiff has suffered personal injuries as set forth hereinabove.

### FOURTH CAUSE OF ACTION: MUNICIPAL LIABILITY OF THE CITY OF SEATTLE

24. Plaintiff hereby incorporates and realleges each and every allegation of paragraphs 1 through 23, as if fully set forth herein.

**COMPLAINT - PAGE 4**
Software © 1996 by "Zamboni" John Scannell

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685

25. At all times material to this complaint, defendant City of Seattle, had in effect certain explicit and de facto policies, practices and customs which were applied to the treatment of persons who frequent their public libraries.

26. These policies, practices and customs were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of the plaintiffs as set forth hereinabove.

27. The above described policies, practices and customs of defendant City of Seattle proximately caused the deprivation of the First, Fourth and Fourteenth Amendment rights of the plaintiffs, jointly and severally.

28. As a proximate result of the above the above described policies, practices and customs of defendant City of Seattle, and as a result of the deprivation of plaintiffs' First, Fourth and Fourteenth Amendment rights, plaintiff has suffered personal injuries as set forth hereinabove.

29. At all times material herein, defendant City of Seattle had a duty, under the United States Constitution, to supervise its police officers properly.

30. At all times material herein, defendant City of Seattle had a duty, under the Fourth Amendment of the United States Constitution, to adequately train its security guards not to threaten its citizens for exercising their first amendment rights.

31. Defendant City of Seattle failed to train properly or supervise properly John Doe, Officer Martelli, and Officer Jones

32. The above-described failures to supervise and to train were maintained with deliberate, reckless and/or callous indifference to the constitutional rights of rights of the plaintiff as set forth hereinabove.

33. The above-described failures by defendant City of Seattle to supervise and to adequately train the security guards properly proximately caused the deprivation of the constitutional rights of plaintiff Eugene Davis as set forth hereinabove.

**COMPLAINT - PAGE 5**
Software © 1996 by "Zamboni" John Scannell

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685

34. The above-described failure by defendant City of Seattle to properly supervise and to adequately train the defendants and the resulting deprivation of plaintiff Eugene Davis' constitutional rights, caused the plaintiff to suffer personal injuries as set forth hereinabove.

### FIFTH CAUSE OF ACTION - RCW 49.60.215 - WRONGFUL EJECTMENT AND EXCLUSION ON THE BASIS OF RACE

35. Plaintiff hereby incorporates and realleges each and every allegation of paragraphs 1 through 34.

36. Defendants' actions had the effect of denying the plaintiff access to a place of public resort, accommodation, assemblage, or amusement on the basis of his race in violation RCW 49.60.215.

### IV. DAMAGES

37. As a result of the actions of the defendants as above alleged, the plaintiff has been damaged in an amount to be proven at trial.

### V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment in his favor

(A) Order defendants to pay to plaintiff compensatory damages in an amount to be proven at trial.

(B) Order defendants to pay to plaintiff punitive damages.

(C) Order defendants to pay plaintiffs' reasonable attorney fees, and costs.

(D) Order such other and further relief as the court may deem to be just and proper.

**DATED** this 12th day of August, 2009.

John Scannell
Attorney for plaintiff

**COMPLAINT - PAGE 6**
Software © 1996 by "Zamboni" John Scannell

ActionLaw.net
P.O. Box 3254
Seattle, Wash., 98114
206-624-3685